UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, for
the use and benefit of JAMES
TALCOTT CONSTRUCTION INC., a
Montana Corporation,

       Plaintiff/Counter-Defendant,

    v.

GARCO CONSTRUCTION, INC., a
Washington Corporation, and
TRAVELERS CASUALTY &
SURETY CO. OF AMERICA, a
Connecticut Corporation,

      Defendants/Counter-Claimants.

NO: 2:10-CV-0131-TOR

ORDER OF DISMISSAL WITH
PREJUDICE

     BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Action

with Prejudice. ECF No. 108. The motion was submitted for consideration

without oral argument. The Court has reviewed the record and files herein, and is

fully informed. The stipulation is filed pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) and provides for the dismissal with prejudice of this

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

action in its entirety, including all of Plaintiff's claims and all of Defendants' counterclaims, and that each party will bear its own costs and attorneys' fees.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action in its entirety, including all of Plaintiff's claims and all of Defendants' counterclaims, is **DISMISSED** with prejudice, each party shall bear its own costs and attorneys' fees.

2. All pending motions are denied as moot and related hearing dates stricken from the Court's calendar.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and CLOSE the file.

DATED January 31, 2020.



THOMAS O. RICE
Chief United States District Judge