# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of JAMES TALCOTT CONSTRUCTION INC., a Montana Corporation, )<br>*Plaintiff / Counter-Defendant* )<br>v. )<br>GARCO CONSTRUCTION, INC., a Washington Corp., ) and TRAVELERS CASUALTY & SURETY CO. OF ) AMERICA, a Connecticut Corporation, )<br>*Defendants / Counter-Claimants* | Civil Action No. 2:10-CV-0131-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action in its entirety, including all of Plaintiff's claims and all of Defendants' counterclaims, is DISMISSED with prejudice, each party shall bear its own costs and attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE pursuant to the parties' Stipulated Motion to Dismiss. ECF No. 108.

Date: January 31, 2020

*CLERK OF COURT*

SEAN F. McAVOY

*s/ Bridgette Fortenberry*

*(By) Deputy Clerk*
Bridgette Fortenberry